# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | |
|---|---|
| Miguel Ruiz Enriquez, on behalf of himself and all others similarly situated, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 7:20-cv-00060-DC-RCG |
| § | |
| ProPetro Services, Inc., § § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff Miguel Ruiz Enriquez, on behalf of himself and all others similarly situated, and Defendant ProPetro Services, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action be dismissed with prejudice, with each party to bear his or its attorney's fees and costs.

Counsel for all parties have signed this stipulation below. As such, this stipulation of dismissal with prejudice is appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and no order from the Court dismissing the above-captioned action is necessary to effectuate dismissal of this action. *See Yesh Music v. Lakewood Church*, 727 F.3d 365, 362 (5th Cir. 2013) (affirming that stipulations of voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii) "require no judicial action or approval and are effective automatically upon filing.").

Dated: May 25, 2021

                                            Respectfully submitted,

                                            SHELLIST | LAZARZ | SLOBIN LLP

                                            By:    s/Melinda Arbuckle

        Melinda Arbuckle
        State Bar No. 24080773
        marbuckle@eeoc.net
        Ricardo J. Prieto
        State Bar No. 24062947
        rprieto@eeoc.net
        Shellist Lazarz Slobin LLP
        11 Greenway Plaza, Suite 1515
        Houston, TX 77046
        (713) 621-2277 – Telephone
        (713) 621-0993 – Facsimile

        FITAPELLI & SCHAFFER, LLP

        Joseph A. Fitapelli
        *pro hac vice*
        jfitapelli@fslawfirm.com
        Frank J. Mazzaferro
        *pro hac vice*
        Fitapelli & Schaffer, LLP
        28 Liberty Street, 30th Floor
        New York, NY 10005
        (212) 300-0375 – Telephone
        (212) 481-1333 – Facsimile

        ATTORNEYS FOR PLAINTIFF AND PUTATIVE
        COLLECTIVE ACTION MEMBERS

**AGREED:**

By:   s/John Brown
      John B. Brown
      Texas State Bar No. 00793412
      john.brown@ogletree.com
      Jeff T. Leslie
      Texas State Bar No. 24091294
      jeff.leslie@ogletree.com
      OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.
      500 Preston Commons
      8117 Preston Road
      Dallas, Texas  75225
      Tel:  (214) 987-3800
      Fax:  (214) 987-3927

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

On May 25, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas. I hereby certify that I have served the document on all counsel of record by electronic service using the CM/ECF system of the Court, or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure.

s/Melinda Arbuckle
Melinda Arbuckle
